IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUAN DOE, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 20-CV-01559-MN-JLH |
| v. ) | |
| ) | |
| DELAWARE STATE UNIVERSITY ) | |
| BOARD OF TRUSTEES and ) | |
| ) | |
| CANDY YOUNG in her individual capacity, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO RESCHEDULE HEARING**

Defendants Delaware State University Board of Trustees and Candy Young ("Defendants"), by and through their undersigned counsel, respectfully request that this Court reschedule the hearing on Defendants' Motion to Dismiss scheduled on January 19, 2022 at 2:00 PM. In support thereof Defendants state the following:

1. On Tuesday afternoon, the Delaware Board of Bar Examiners confirmed that the Delaware Bar admission ceremony will be held on January 19, 2022 at 1:30 PM.

2. Counsel for Defendants, James D. Taylor, Jr., will be attending the Delaware Bar admission ceremony as a preceptor for admittee, Marisa De Feo, who has been admitted in this matter *pro hac vice*.

3. Counsel for Plaintiff has been consulted and concurs with this request.[1]

---

[1] In consenting, counsel for Plaintiff requested the addition of the following: "[c]ounsel for plaintiff respectfully note that plaintiff is currently unable to enroll in school to cure his damage, that any event in this litigation directly impacts his ability to eventually apply for school enrollment, and that all college applications, including at DSU, only start during the pre-set, once or twice yearly, enrollment periods."

39467361.3

4.      This motion does not affect the parties' submission of the joint letter to Your Honor by January 11, 2022 pursuant to the Court's Order dated December 22, 2021.

5.      The parties respectfully request that Your Honor reschedule the hearing on Defendants' Motion to Dismiss in light of this scheduling conflict.

 

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Charles E. Davis (#6402)
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com

January 6, 2022               *Attorney for Defendants*

SO ORDERED this ____day of 2022

_____
THE HONORABLE JENNIFER L. HALL

39467361.3