

James D. Taylor, Jr.
Phone: (302) 421-6863
Fax: (302) 421-5878
james.taylor@saul.com
www.saul.com

January 11, 2022

**VIA ELECTRONIC FILING**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 3124
Wilmington, DE 19801-3555

    Re:  *Doe v. Delaware State University Board of Trustees et al.*,
           C.A. No. 1:20-cv-01559-MN-JLH (D. Del.).

Dear Judge Hall:

    I write on behalf of the parties to the above referenced actions to provide the report required by your Honor's December 22, 2021 Order (the "Order"). Pursuant to the Order, the parties exchanged written positions and held an oral meet and confer regarding Plaintiff's complaint naming the Board of Trustees of Delaware State University as a defendant in his Title IX, Title VI, and contract claims (hereinafter the "Subject Counts").

    The parties agree that for Subject Counts identified in the Order, Delaware State University as a corporation created by the State of Delaware is the more appropriate potential defendant,[1] and that the members of the Board of Trustees of Delaware State University should be dismissed with prejudice as to the Subject Counts. The parties are ready to discuss this issue at the hearing scheduled for January 20, 2022. Should your Honor have any questions in the interim, counsel is available at the Court's convenience.

                                          Respectfully,

                                          */s/ James D. Taylor, Jr.*

                                          James D. Taylor, Jr. (#4009)

cc: All Counsel of Record (via ECF)

---

[1] For the avoidance of doubt, counsel for Defendants expressly reverses all rights, arguments, and available defenses that Delaware State University, as a state-created corporation, has for any yet-to-be asserted claims against it.

P.O. Box 1266, Office BusinessStreet2 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
39492627.3