# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

January 14, 2022

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 3124
Wilmington, DE 19801-3555

        **Re: Doe v. Delaware State University Board of Trustees et al.,
        C.A. No. 1:20-cv-01559-MN-JLH (D. Del.).**

Dear Judge Hall:

    During yesterday's conference you directed us to submit this joint letter report on what agreement, if any, the parties reached in terms of keeping the current hearing schedule after filing a First Amended Complaint due today by noon.  Late last night we circulated with defendants' counsel the redline version of the First Amended Complaint with the most minimal conforming changes reflecting most of what DSU asked for.  We filed it this morning.  We also met and conferred via telephone and email this morning with defense counsel.

    We now report to the Court on the parties' resulting positions:

    1.    Counsel for Defendants respectfully notes that prior to yesterday's conference, it had not yet analyzed the impact on its current dismissal arguments, if any, of substituting Delaware State University the corporation in for the members of the Board of Trustees of Delaware State University for Counts 4, 8, 9, 10.  Counsel for Defendants respectfully requests ten days to review the amended complaint and confer with its clients on the advisability of re-briefing the pending motion.  Specifically, Defendants request that the Court order that Defendants submit a letter on January 21, 2022 either (a) adopting and incorporating the relevant arguments made in its original briefing, while reserving all rights to raise future affirmative defenses should an Answer be required, or (b) alerting the Court that Defendants need to re-brief the motion.  Should the Defendants elect the latter, Defendants propose submitting an opening brief on February 4, 2022 with further briefing pursuant to the District of Delaware local rules, and argument at the Court's earliest convenience.

---

| **WILMINGTON, DE** | **LANSDALE, PA** | **PHILADELPHIA, PA** |
| :---: | :---: | :---: |
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA  19446 | Philadelphia, PA  19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

      2.      Counsel for plaintiff, again respectfully noting that each delay in this schedule magnifies by semesters plaintiff's ability to ever return to school, believes that DSU asks for too much time. Thus, we would find it more equitable if the Court orders that by January 24, 2022, defendants either file supplemental briefing, or not.  Should any or all defendants chose to file supplemental briefing the plaintiff would request 5 days from that filing to respond to it.  This would make the plaintiff's response, if any, due on or before Saturday, January 29, 2022.

January 14, 2022

| | |
|---|---|
| SAUL EWING ARNSTEIN & LEHR LLP | Respectfully submitted, |
| */s/ Chad E. Davis* <br> James D. Taylor, Jr. (#4009) <br> Charles E. Davis (#6402) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> (302) 421-6800 <br> james.taylor@saul.com <br> chad.davis@saul.com | CHONG LAW FIRM, P.A. <br><br> */s/ Jimmy Chong* <br> Jimmy Chong (#4839) <br> 2961 Centerville Road, Suite 350 <br> Wilmington, DE 19808 <br> Telephone: (302) 999-9480 <br> Facsimile: (302) 800-1999 <br> Email: chong@chonglawfirm.com |
| OF COUNSEL: <br><br> Joshua W.B. Richards <br> Saul Ewing Arnstein & Lehr LLP <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102-2186 <br> (215) 972-7737 <br> joshua.richards@saul.com <br><br> *Counsel for Defendants* | OF COUNSEL: <br><br> Raul Jauregui, Esquire <br> Jauregui Law Firm <br> 720 Arch Street, PO Box 861 <br> Philadelphia, PA 19107 <br> (215) 559-9285 <br> RJ@RaulJauregui.com <br> www.studentmisconduct.com <br><br> *Attorneys for Plaintiff* |