IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUAN DOE, | ) |
| Plaintiff, | ) C.A. No. 20-CV-01559-MN-JLH |
| v. | ) |
| DELAWARE STATE UNIVERSITY BOARD OF TRUSTEES, | ) |
| DELAWARE STATE UNIVERSITY, and | ) |
| CANDY YOUNG in her individual capacity, | ) |
| Defendants. | ) |

**DEFENDANTS' RENEWED MOTION TO DISMISS**

Pursuant to the Court's January 14, 2022 Order (*see* D.I. 41), Defendants, Delaware State University Board of Trustees, Delaware State University, and Candy Young, by and through their undersigned counsel, respectfully move this Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiff's Amended Complaint with prejudice.

The grounds for this Motion are set forth in the Defendants' prior briefing (*see* D.I. 25, 28) as supplemented by the joint stipulation being filed contemporaneously herewith.

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ James D. Taylor, Jr.*
James D. Taylor, Jr., Esquire (No. 4009)
Charles E. Davis (No. 6402)
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com

January 21, 2022