IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUAN DOE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 20-1559(MN) (JLH) |
| | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| DELAWARE STATE UNIVERSITY | ) |
| BOARD OF TRUSTEES, and CANDY | ) |
| YOUNG, in her individual capacity, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 18th day of March 2022:

WHEREAS, on March 2, 2022, Magistrate Judge Hall issued a Report and Recommendation ("the Report") (D.I. 49) in this action recommending that the Court grant-in-part and deny-in-part Defendants' Renewed Motion to Dismiss (D.I. 44); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 49) is ADOPTED and Defendants' Renewed Motion to Dismiss (D.I. 44) is GRANTED-IN-PART and DENIED-IN-PART as follows:

1.  The motion is DENIED with respect to Counts 1, 2, 3, and 6 and DENIED as to Defendant Young with respect to Count 5.

2.   The motion is GRANTED with respect to Counts 4, 7, 8, and 9 and GRANTED as to Defendant Board of Trustees with respect to Count 5 and these claims are dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff is given leave to file a further amended complaint on or before April 1, 2022.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court Judge