**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JUAN DOE,                               )<br>                                                    )<br>           Plaintiff,                        )<br>     v.                                          )      C.A. No. 20-1559-JLH<br>                                                    )<br> DELAWARE STATE UNIVERSITY and )<br>                                                    )<br> CANDY YOUNG in her individual capacity, )<br>                                                    )<br>           Defendants.                    )<br>                                                    ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Charles E. Davis as counsel for Defendant Delaware State University and Candy Young is hereby withdrawn. Saul Ewing Arnstein and Lehr LLP will continue to represent Delaware State University and Candy Young.

**SAUL EWING ARNSTEIN & LEHR, LLP**

/s/ *James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Marisa R. DeFeo (#6778)
Jessica M. Jones (#6246)
1201 N. Market Street, Suite 2300
Wilmington, DE  19899
(302) 421-6800
james.taylor@saul.com
marisa.defeo@saul.com
Jessica.jones@saul.com

Dated: June 29, 2022

*Counsel for Defendants
University of Delaware and Candy Young*