**SAUL EWING LLP**

Marisa R. De Feo
Phone: (302) 421-6834
Fax: (302) 421-6813
Marisa.DeFeo@saul.com
www.saul.com

February 6, 2023

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801

Re: *Doe v. Delaware State University Board of Trustees et al.*,
C.A. No. 1:20-cv-01559-MN

Your Honor:

We are pleased to report that the Parties in the above-captioned matter have reached an amicable resolution and anticipate that a Stipulation of Dismissal will be filed with the Court shortly. As such we respectfully request that the status conference scheduled for Tuesday, February 7, 2023 at 10 a.m. be cancelled.

Should Your Honor have any questions, counsel is available at the convenience of the Court.

Respectfully submitted,

*/s/ Marisa R. De Feo*

Marisa R. De Feo (DE #6778)

Encl.

Cc: Jimmy Chong, Esquire
Raul Jauregui, Esquire

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 1201 North Market Street, Suite 2300 Wilmington, DE 19801

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
41125393.3